**The order is approved as submitted except that the court reserves its right to reconsider whether notice has been sufficient at the time of the hearing based on the circumstances in this case.**

**SO ORDERED.**
**SIGNED this 8th day of June, 2018**

_/s/ Shelley D. Rucker_
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **Case #: 13-15865 SDR** |
| **David Tullock** | ) | **Chapter 13** |
| | ) | |
| **Debtor(s)** | ) | |
| | ) | |

**EXPARTE ORDER TO SET HEARING**

Upon the debtor having provided adequate cause and sufficient reason to this Court, it is hereby

ORDERED that debtor's Motion to Reinstate Case shall be heard at 1:30 p.m. on June 21, 2018 in Courtroom A, 3rd Floor at the U.S. Bankruptcy Court, 31 East 11th Street, in Chattanooga, TN.

# # #

APPROVED FOR ENTRY BY:

TOM BIBLE LAW

/s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr., BPR 014754
6918 Shallowford Road Suite 100
Chattanooga, TN  37421
(423) 424-3116; (423) 553-0639
tom@tombiblesaw.com
Attorney for the Debtor